UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW BUDZINSKI,

    Plaintiff,

v.                                              Case No. 6:23-cv-1039-NWH

MYSTIC POWERBOATS, INC.,
MARINEX INTERNATIONAL, INC.,
and JOHN COSKER,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Minute Entry stating that the parties have settled this case, (Doc. 152), it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment, or on good cause shown, to reopen the case for further proceedings.

Any pending motions are **DENIED** as moot.

The Clerk is directed to close the file.

[this space left intentionally blank]

- 2 -

**DONE** and **ORDERED** in Orlando, Florida, on August 1, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record